# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LOMAX, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>ROBINHOOD FINANCAIL LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23−cv−00633−DSF−PD<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|   1/27/2023   |   1   |   Complaint   |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1−1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: January 30, 2023      By: /s/ *Geneva Hunt  geneva_hunt@cacd.uscourts.gov*
                                  Deputy Clerk