# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LOMAX , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>ROBINHOOD FINANCAIL LLC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23–cv–00633–DSF–PD<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| __1/27/2023__ | __1__ | __Complaint__ |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments 1 Civil Cover Sheet is attached to the Complaint. Each of these documents should have been filed and entered separately under its correct event/relief. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 30, 2023        By: /s/ *Geneva Hunt  geneva_hunt@cacd.uscourts.gov*
                                   Deputy Clerk