NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Wendy A. Mitchell (CA SBN 158553)
Napoli Shkolnik, PLLC
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245 (212) 397 - 1000

ATTORNEY(S) FOR: Jimmy Lomax et al

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jimmy Lomax et al | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-00633-DSF-PD |
| v. | |
| Robinhood Financial LLC et al | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Jimmy Lomax et al_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jimmy Lomax and Ethan Hancock, each individually, and on behalf of all others similarly situated, | Class action plaintiffs |

02/13/2023                          /s/Wendy A. Mitchell
Date                                Signature

Attorney of record for (or name of party appearing in pro per):

Jimmy Lomax et al

CV-30 (05/13)                         **NOTICE OF INTERESTED PARTIES**