ACCO,(PDx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:23–cv–00633–DSF–PD

Jimmy Lomax et al v. Robinhood Financial LLC et al

Assigned to: Judge Dale S. Fischer
Referred to: Magistrate Judge Patricia Donahue
Demand: $75,000
Cause: 28:1332 Diversity–Contract Dispute

Date Filed: 01/27/2023
Date Terminated: 02/23/2023
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Jimmy Lomax**                                        represented by   **Wendy A. Mitchell**
Napoli Shkolnik PLLC
400 Continental Boulevard 6th Floor
El Segundo, CA 90245
212–397–1000
Email: wamitchell@napolilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethan Hancock**                                      represented by   **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renada Harday**                                      represented by   **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emilee Landreth**                                    represented by   **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Devron Trott**                                       represented by   **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Robles**                                      represented by   **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Dorton**                                  represented by **Wendy A. Mitchell**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noor Mousawi**                                  represented by **Wendy A. Mitchell**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Noyes**                                  represented by **Wendy A. Mitchell**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kingsley Nimoh**                                represented by **Wendy A. Mitchell**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaun Cox**                                     represented by **Wendy A. Mitchell**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chad Lerman**                                   represented by **Wendy A. Mitchell**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russell Wells**                                 represented by **Wendy A. Mitchell**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adrian Wooldridge**                             represented by **Wendy A. Mitchell**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josh Pendergrass**                                     represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Gedrich**                                     represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney Bates**                                     represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kamaria Brown**                                     represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shamin Khan**                                     represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Edwards**                                     represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jorge Salazar**                                     represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Troung**                                     represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Travis Sides**                                    represented by **Wendy A. Mitchell**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandeep Kumar**                                   represented by **Wendy A. Mitchell**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Karas**                                   represented by **Wendy A. Mitchell**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ed Kangos**                                       represented by **Wendy A. Mitchell**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Latsamy Sengsourichanh**                          represented by **Wendy A. Mitchell**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Nalbandian**                              represented by **Wendy A. Mitchell**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Riley Todd**                                      represented by **Wendy A. Mitchell**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robinhood Financial LLC**

**Defendant**

**Robinhood Securities, LLC**

**Defendant**

**Robinhood Markets, Inc.**

**Defendant**

**Does**
*1–50*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2023 | Ï 1 | COMPLAINT Receipt No: ACACDC–34693925 – Fee: $402. (Attachments: # 1 Civil Cover Sheet) (Attorney Wendy A. Mitchell added to party Jimmy Lomax(pty:pla))(Mitchell, Wendy) (Entered: 01/27/2023) |
| 01/30/2023 | Ï 2 | NOTICE OF ASSIGNMENT to District Judge Dale S. Fischer and Magistrate Judge Patricia Donahue. (ghap) (Entered: 01/30/2023) |
| 01/30/2023 | Ï 3 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (ghap) (Entered: 01/30/2023) |
| 01/30/2023 | Ï 4 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (ghap) (Entered: 01/30/2023) |
| 01/30/2023 | Ï 5 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Nicholas R Farnolo on behalf on Plaintiffs. A document recently filed in this case lists you as an out–of–state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (ghap) (Entered: 01/30/2023) |
| 01/30/2023 | Ï 6 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening) 1 . The following error(s) was found: No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every partys first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7. (ghap) (Entered: 01/30/2023) |
| 01/30/2023 | Ï 7 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening) 1 . The following error(s) was found: Other error(s) with document(s): Attachments 1 Civil Cover Sheet is attached to the Complaint. Each of these documents should have been filed and entered separately under its correct event/relief. You need not take any action in response to this notice unless and until the Court directs you to do so. (ghap) (Entered: 01/30/2023) |
| 01/30/2023 | Ï 8 | STANDING ORDER FOR CASES ASSIGNED TO JUDGE DALE S. FISCHER upon filing of the complaint by Judge Dale S. Fischer. If a party would be entitled to attorneys fees, counsel are referred to the Order Re Fees found on Court's website under Judge Fischer's Procedures and Schedules contained in the Judge's Requirements tab. Read all Orders carefully. They govern this case and differ in some respects from the Local Rules. COUNSEL ARE ORDERED TO PROVIDE A MANDATORY CHAMBERS COPY OF THE COMPLAINT, NOTICE OF REMOVAL, AND ANY OTHER INITIATING DOCUMENTS. (rfi) (Entered: 01/30/2023) |
| 02/13/2023 | Ï 9 | NOTICE of Interested Parties filed by Plaintiff Jimmy Lomax, identifying Class action plaintiffs. (Mitchell, Wendy) (Entered: 02/13/2023) |

| 02/23/2023 | 10 | Conditional Transfer Order – (CTO–6) from the United States Judicial Panel on Multidistrict Litigation, MDL 2989, transferring case to USDC, Southern District of Florida for coordinated or consolidated pretrial proceedings, and with the consent of that court, assigned to Honorable Cecilia M. Altonaga. Case transferred electronically. (MD JS–6. Case Terminated.) (jp) (Entered: 02/24/2023) |